PD-0932&0933-15

02-13-00607-CR
No. 02-13-00608-CR

In The
Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 23 2015
Abel Acosta, Clerk

James Harle
v
The State of Texas

02-13-00608-CR
From Appeal No 02-13-00607-CR
Trial Cause No 1200063D + 1193681D
TARRANT County

FILED IN
COURT OF CRIMINAL APPEALS
JUL 24 2015
Abel Acosta, Clerk

First Motion for Extension of Time to File Petition for Discretionary Review

To The Honorable Judges of The Court of Criminal Appeals Comes now, James Harle, Petitioner, and files this Motion for an extension of 60 days in which to file a Petition for Discretionary Review. In Support of this motion, Appellant shows the Court the following:

I

The Petitioner was convicted in 396th District Court of TARRANT County, TEXAS of the offense of Engaging in Organized Criminal activity Proh Sub, in a Corri facility in Cause no. 1200063D and 1193681D, styled State of TEXAS vs James Harle, The Petitioner appealed to the Court of Appeals, Second District of Texas Supreme Judicial District. The Case affirmed on June 25 2015.

## II

The present deadline for filing the petition for Discretionary Review is <u>7-25-15</u>. The Petitioner has not requested any extension prior to this request

## III

Petitioner request for an extension is based upon the following facts:

Petitioner was not informed of the decision of the Court of appeals in affirming his case until <u>July 15, 2015</u>. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, <u>David Pearson</u>, has informed Petitioner that he will not represent him on the P.D.R.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case no. <u>1200063D-02-13-00607-CR</u> to Sept. 25-2015.
<u>1936810-02-13-00608-CR</u>

<u>JAMES Harle</u>
Petitioner, pro se
Texas Dept of Criminal Justice
<u>GARZA EAST</u> Unit
TDCJID# <u>1902620</u>
<u>Beeville, TEXAS</u>
<u>78102</u>

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage pre paid, first class, to the Attorney for State, Danielle Kennedy, at 401 W. Belknap, and to the State Prosecuting Attorney, P.O. Box 12405 Austin, Texas 78711 on this the 19 day of July, 2015

James Harle
Petitioner, pro se

I, James Harle, TDCJ# 1902620, being presently incarcerated in the GARZA EAST Unit of the Texas Department of Criminal Justice in Bee County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 19 day of July, 2015

James Harle
James Harle, TDCJ# 1902620

